UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2017 NOV 14 P 2: 34

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:17-cr- 158-JDL |
| v. | ) | |
| | ) | VIOLATION(S): |
| RASHAD SABREE | ) | Title 18, U.S. Code, Sections 1591(a)(1) |
| a/k/a "Jose" | ) | and (b)(1); |
| | ) | Title 18, U.S. Code, Section 1201(a); |
| | ) | Title 18, U.S. Code, Section 2421(a) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### Sex Trafficking by Force, Fraud, and Coercion

From about December 2015 until about January 5, 2016, in the District of Maine, the

defendant,

### RASHAD SABREE
### a/k/a "Jose",

knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported,

provided, obtained, maintained, patronized, and solicited by any means Victim 1, a person

known to the grand jury, knowing and in reckless disregard of the fact that means of force,

threats of force, fraud, and coercion would be used to cause Victim 1 to engage in a commercial

sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT TWO
### Sex Trafficking by Force, Fraud, and Coercion

From about December 2015 until about January 5, 2016, in the District of Maine, the defendant,

### RASHAD SABREE
### a/k/a "Jose",

knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means Victim 2, a person known to the grand jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim 2 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT THREE
### Kidnapping

On about January 5, 2016, in the District of Maine, the defendant,

### RASHAD SABREE
### a/k/a "Jose",

unlawfully and willfully seized, confined, inveigled, decoyed, kidnapped, abducted and carried away Victim 1, and held Victim 1 to keep her from reporting him to the police or to prostitute her for profit in Massachusetts, and, in committing or in furtherance of the commission of the offense, used a cellular telephone, interstate highway, and vehicle, each a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT FOUR
### Kidnapping

On about January 5, 2016, in the District of Maine, the defendant,

### RASHAD SABREE
### a/k/a "Jose",

unlawfully and willfully seized, confined, inveigled, decoyed, kidnapped, abducted and carried

away Victim 2, and held Victim 2 to keep her from reporting him to the police or to prostitute

her for profit in Massachusetts, and, in committing or in furtherance of the commission of the

offense, used a cellular telephone, interstate highway, and vehicle, each a means, facility, and

instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT FIVE
### Attempted Interstate Transportation for Purposes of Prostitution

On about January 5, 2016, in the District of Maine, the defendant,

### RASHAD SABREE
### a/k/a "Jose",

knowingly attempted to transport individuals in interstate commerce, specifically by transporting

Victim 1 and Victim 2 from Maine to Massachusetts, with the intent that they engage in

prostitution.

In violation of Title 18, United States Code, Section 2421(a).

A TRUE BILL.
Original signature on file in the Clerk's Office

GRAND JURY FOREPERSON

_____
Assistant United States Attorney

Dated: _11 / 14 / 17_____