UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Rashad Sabree

DOCKET NO: 2:17-cr-158-JDL

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| V-2 | | | *SEALED* Exhibit | 12/6/18 | 12/6/18 | | 12/6/18 |
| 3 | | | Report of 7.26.17 Victim 2 Interview | 12/6/18 | 12/6/18 | X | 12/6/18 |
| 8 | | | Report of Victim 1 Interview | 12/6/18 | 12/6/18 | | 12/6/18 |
| 9 | | | Backpage ads of Victim 1 | 12/6/18 | 12/6/18 | | 12/6/18 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |